1  PATRICK H. HICKS, ESQ., Bar # 004632
   AMY L. BAKER, ESQ., Bar # 11907
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5
   Attorneys for Defendant
6  AUTONATION NISSAN

7

8                      UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11  DANIEL S. MAIMRAN, individually,        Case No. 2:15-cv-01972-RFB-PAL

12                  Plaintiff,

13  vs.                                     **STATUS REPORT**

14  AUTONATION NISSAN, a Nevada
    corporation; DOES I-X; and ROE
15  BUSINESS ENTITIES I-X, inclusive,

16                  Defendant.

17

18          Plaintiff DANIEL S. MAIMRAN (hereinafter "Plaintiff") and Defendant AUTONATION

19  NISSAN (hereinafter "Defendant"), by and through their respective counsel of record, provide the

20  following status report pursuant to the Court's January 13, 2016 order compelling arbitration and

21  staying the litigation. (**Doc. 22**).

22  . . .

23  . . .

24  . . .

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Firmwide:139818028.1 025300.2050

The parties have been engaging in settlement discussions and are in the process of selecting an arbitrator.  The parties will continue to file status reports every 90 days.

Dated:  April 12, 2016

Respectfully submitted,


/s/ Joseph A. Gutierrez
JOSEPH A. GUTIERREZ, ESQ.
LUIS A. AYON, ESQ.
MAIER GUTIERREZ AYON

Attorneys for Plaintiff
DANIEL S. MAIMRAN

Dated:  April 12, 2016

Respectfully submitted,


/s/ Amy L. Baker
PATRICK H. HICKS, ESQ.
AMY L. BAKER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AUTONATION NISSAN


   IT IS ORDERED that the parties shall expeditiously select an arbitrator and schedule an arbitration if they are unable to settle this case within 30 days.

   Dated: April 20, 2016


Peggy A. Leen
United States Magistrate Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Firmwide:139818028.1 025300.2050