1  PATRICK H. HICKS, ESQ., Bar # 004632
   AMY L. BAKER, ESQ., Bar # 11907
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email:       phicks@litler.com
                abaker@littler.com
6
   Attorneys for Defendant
7  AUTONATION NISSAN

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11
   DANIEL S. MAIMRAN, individually,          Case No. 2:15-cv-01972-RFB-PAL
12
                  Plaintiff,
13
   vs.                                       **STIPULATION AND
14                                           ORDER TO DISMISS ENTIRE ACTION
   AUTONATION NISSAN, a Nevada               WITH PREJUDICE**
15 corporation; DOES I-X; and ROE
   BUSINESS ENTITIES I-X, inclusive,
16
                  Defendant.
17

18     Plaintiff, DANIEL S. MAIMRAN and Defendant AUTONATION NISSAN, by and through

19 their respective counsel of record, hereby stipulate and respectfully request an order dismissing the

20 entire action with prejudice.

21 ///

22 ///

23 ///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own fees and costs for the claims dismissed by this Stipulation and Order.

Dated: June 23, 2016                    Dated: August 4, 2016

Respectfully submitted,                 Respectfully submitted,

_____         _____
JOSEPH A. GUTIERREZ, ESQ.               PATRICK H. HICKS, ESQ.
LUIS A. AYON, ESQ.                      AMY L. BAKER, ESQ.
MAIER GUTIERREZ AYON                    LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                 Attorneys for Defendant
DANIEL S. MAIMRAN                       AUTONATION NISSAN

**ORDER**

                **IT IS SO ORDERED.**

Dated: ____August 8, 2016____

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Firmwide:141026531.1 025300.2050

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169 5937
702 862 8800

2.